PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: SUBPUNALLAH, Muhammad     Cr.: 12-00254-001 & 15-00149-001
                                                                                                  PACTS #: 64322

Name of Sentencing Judicial Officer:    THE HONORABLE KATHARINE S. HAYDEN
                                                    SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/29/2015

Original Offense: Count One, Possession of a Firearm by a Convicted Felon (12-00254-001); and Count One, Conspiracy to Provide, Obtain, and Possess Contraband in a Correctional Facility (15-00149-001)

Original Sentence: 53 months imprisonment; 3 years supervised release; $200 Special Assessment

Special Conditions: 1) alcohol and drug testing/treatment; 2) gambling restrictions/exclusion list registration; and 3) mental health treatment

Type of Supervision: Supervised Release            Date Supervision Commenced: 03/25/2016

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On September 7, 2016, Subpunallah admitted abusing marijuana while on Supervised Release. Reportedly, said illicit use occurred on/about August 29, 2016. |

U.S. Probation Officer Action: Probation will present this document to Subpunallah. The act detailed within may be included in a violation report if the Probation Office deems fit and non-compliance continues.

                                                           Respectfully submitted,

                                                           By: Joseph Empirio
                                                                 Senior U.S. Probation Officer

*Joseph Empirio*    Joseph Empirio
                     2016.09.12 12:36:30 -04'00'

Date: 09/12/2016

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No formal Court action to be taken at this time - Probation will present this document to the offender as a written reprimand issued under the authority of the United States District Court *(PROBATION RECOMMENDED)*

☐ Submit a request for modifying the conditions of supervision

☐ Submit a request for warrant or summons

☐ Other

_____
Signature of Judicial Officer

9/15/16
_____
Date